149 A.3d 551

**GAFFNEY, Marqual**

v.

**STATE of Maryland**

**Pet. Docket No. 422, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1692, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

149 A.3d 551

**GO-GETTERS**

v.

**SOMERSET CO. SANITARY DISTRICT**

**Pet. Docket No. 369, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Pending in the Court of Special Appeals (No. 1095, Sept. Term, 2016).

Petition for writ of certiorari denied.